Decided July 16, 1997

## CHASE MANHATTAN BANK *v.* HAMDEN VILLAGE FAIR ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 17019) is denied.

*Kenneth A. Votre*, in support of the petition.

*Michael Feldman*, in opposition.

Decided July 14, 1997